# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Genworth Life and Annuity Insurance Company

    Plaintiff(s),

vs.

Devon T. Reese; Madeline Reese; KR, a minor; TR, a minor, through their natural guardian, Devon T. Reese

    Defendant(s).

Case #3:19-cv-00024-MMD-WGC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Russell S. Buhite_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
(firm name)

with offices at 1201 Third Avenue, Suite 5150,
(street address)

Seattle, Washington, 98101,
(city) (state) (zip code)

206-693-7057, russell.buhite@ogletree.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Genworth Life and Annuity Insurance Company to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____May 13, 2009_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Washington_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association, Alaska Bar Association, Florida Bar Association, Washington Bar Association, King County Bar Association, Missouri Bar Association, and Oregon Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| June 30, 2017 | 2:17-cv-01731 | USDC Nevada | Granted |
| April 19, 2018 | 4:18-cv-00508 | USDC ED Missouri | Granted |
| September 5, 2018 | 2:18-cv-01470-JCM | USDC Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Washington__ )
)
COUNTY OF __King__ )

__Russell S. Buhite__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __28th__ day of __January__, __2019__.

_____
Notary Public or Clerk of Court

[Notary Seal: MARISSA L LOCK, NOTARY PUBLIC, STATE OF WASHINGTON, Commission Expires 03-09-22]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Jill Garcia__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__3800 Howard Hughes Parkway, Suite 1500__,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city)   (state)   (zip code)

__702-369-6800__, __jill.garcia@ogletreedeakins.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jill Garcia_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Mary V Barnes, VP & Assoc. General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7805                      jill.garcia@ogletreedeakins.com
Bar number                Email address

APPROVED:

Dated: this __29th__ day of __January__, 20__19__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

RUSSELL S. BUHITE (*Pro Hac Vice to be submitted*)
Russell.buhite@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206.693.7057
Fax: 206.693.7058

*Attorneys for Plaintiff GENWORTH LIFE AND ANNUITY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DEVON T. REESE; MADELINE REESE; KR, A MINOR; TR, A MINOR, THROUGH THEIR NATURAL GUARDIAN, DEVON T. REESE,<br><br>Defendants. | Case No.: 3:19-cv-00024-MMD-WGC<br><br>**ATTACHMENT A TO RUSSELL S. BUHITE APPLICATION FOR PRO HAC VICE** |

4. Admitted Courts

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Northern District of Florida | May 3, 1993 | 831085 |
| USDC Middle District of Florida | August 23, 1991 | 831085 |
| USDC Southern District of Florida | August 2, 1993 | 831085 |
| USDC Western District of Washington | October 28, 2015 | 41257 |
| USDC Eastern District of Washington | August 1, 2016 | 41257 |
| USDC District of Oregon | April 1, 2016 | 142529 |

| USDC Eastern District of Missouri | June 14, 2018 | 37572 |
| USDC District of Alaska | June 20, 2018 | 1805019 |

37197820.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

# The Supreme Court of the State of Alaska

## Certificate of Good Standing

I, Marilyn May, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

## Russell S. Buhite

was admitted to practice before all courts of the State of Alaska on May 14, 2018; that Russell S. Buhite's professional character appears to be good; and that he is presently an active member in good standing in this court.

Dated at Anchorage, Alaska on August 24, 2018.

Marilyn May
Clerk of the Supreme Court

By: M. Montgomery
Meredith Montgomery, Chief Deputy Clerk



# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | ) | |
| --- | --- | --- |
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 41257 |
| | ) | |
| OF | ) | **CERTIFICATE** |
| | ) | |
| RUSSELL SCOTT BUHITE | ) | **OF** |
| | ) | |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |
| | ) | |

I, Erin L. Lennon, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**RUSSELL SCOTT BUHITE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 13, 2009, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 13th day of August, 2018.

Erin L. Lennon
Supreme Court Deputy Clerk
Washington State Supreme Court

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/29/1988,

## Russell Scott Buhite

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 27th day of August, 2018.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0831085
Russell Scott Buhite
Ogletree, Deakins, Nash, Smoak & Stewart
Ogletree, Deakins, Nash, Smoak & Stewart, P.C
1201 Third Avenue, Ste. 5150
Seattle, WA 98101

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 29, 1989**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this <u>24th</u> day of **August, 2018**.

*Pam Gerard*

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar



PG:R10
CTM-21291



# Oregon State Bar

# Certificate

State of Oregon     )
                    ) ss.
County of Washington )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### RUSSELL S. BUHITE

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on September 22, 2014.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Buhite is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 27th day of August, 2018.

_____
Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar