JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

RUSSELL S. BUHITE (*Pro Hac Vice Pending*)
Russell.buhite@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206.693.7057
Fax: 206.693.7058

*Attorneys for Plaintiff GENWORTH LIFE AND
ANNUITY INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>DEVON T. REESE; MADELINE REESE; KR, A MINOR; TR, A MINOR, THROUGH THEIR NATURAL GUARDIAN, DEVON T. REESE<br><br>        Defendants. | Case No.: 3:19-cv-00024-MMD-WGC<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTIONS FOR FINAL JUDGMENT OF DISCHARGE (ECF No. 22) AND UNOPPOSED MOTION FOR ATTORNEY'S FEES AND COSTS**<br>(ECF No. 23) |

The matter came before this Court, pursuant to Plaintiff Genworth Life and Annuity Insurance Company's (GLAIC) Unopposed Motion for Final Judgment of Discharge; and Unopposed Motion for Attorney's Fees and Costs.

IT IS HEREBY ORDERED as follows:

    1.    that GLAIC's Unopposed Motion for Final Discharge is GRANTED.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206.693.7057

It is further ORDERED, that:

2.      Plaintiff GLAIC be fully discharged from all liability whatsoever on Policy Number 6336309;

3.      That the Defendants be enjoined from making any further claims against GLAIC on the account of said policy;

4.      That Defendants Devon T. Reese, Madeline Reese, KR, and TR to interplead their rights to the insurance proceeds on deposit with the Court Registry.

FURTHER, IT IS HEREBY ORDERED that GLAIC's Unopposed Motion for Attorney's Fees and Costs is GRANTED. GLAIC is awarded $6,216.50 in attorney's fees and $799.62 in costs to be paid out of the funds already on deposit with the Court Registry.

Dated this ___15th___ day of ___April_____, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Russell S. Buhite (*Pro Hac Vice*)
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: 206.693.7057
Fax: 206.693.7058

*Attorneys for Plaintiff Genworth Life and Annuity Insurance Company*