Susanna T. Kintz, Esq. (SBN 12011)
REESE KINTZ, LLC
201 W. Liberty St. Suite 203
Reno, NV 89501
775.832.6800 phone
775.832.6801 fax
SKintz@reesekintz.com
*Attorneys for Defendant Devon T. Reese*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DEVON T. REESE; MADELINE REESE; KR, A MINOR;TR, A MINOR,THROUGH THEIR NATURAL GUARDIAN, DEVON T. REESE <br><br> Defendants. | Case No. 3:19-CV-00024 <br><br> Dept. No. <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, among the parties to the above-entitled action, by and through their undersigned respective counsel of record, pursuant to the Order that Genworth Life and Annuity Insurance Company's Unopposed Motions for Final Discharge (ECF No. 22), that the funds shall be released to Defendant Devon T. Reese and that this action shall be immediately dismissed with prejudice.

Plaintiff Genworth Life and Annuity Insurance Company, having deposited the funds and any applicable interest from the Policy Number 6336309 with the Court pursuant to the Order granting Plaintiff's Unopposed Motion to Deposit funds, is discharged from the action.

The remaining parties to the action Defendants Devon T. Reese, Madeline Reese, KR and TR, hereby stipulate that the Court should release the funds on deposit with the Court Registry to Devon T. Reese and thereafter dismiss the case.

PAGE 1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

CASE NO. 3:19-CV-00024

Reese Kintz, LLC
201 W. Liberty St. Suite 203
Reno, NV 89501
775-832-6800

The parties have been advised by their respective attorneys of this stipulation, and the parties agree to the stipulation and order for dismissal being submitted on their behalf. This stipulation is made with good cause and is brought in good faith, and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated this 16th day of April, 2019.                     Dated this 16th day of April, 2019.

REESE KINTZ, LLC                                        WORK LAW

 /s/Susanna T. Kintz, Esq.                               /s/Mathew A. Work, Esq.

Susanna T. Kintz, Esq. (SBN 12011)                      Mathew A. Work, Esq. (SBN 13623)
*Attorneys for Defendant Devon T. Reese*                *Attorneys for Defendants Madeline, KR and TR*

_____

**IT IS SO ORDERED.**

DATED this  17th  day of  April , 2019.

_____
DISTRICT JUDGE

PAGE 2
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Reese Kintz, LLC
201 W. Liberty St. Suite 203
Reno, NV 89501
775-832-6800

CASE NO. 3:19-CV-00024